Stat., ch 38, ¶9–1(h) (1987). As I have stated on previous occasions, this language appears to place on the defendant the burden of proving that the death penalty is not appropriate in his particular case. See *Gacy* v. *Illinois*, 470 U. S. 1037, 1038 (1985); *Jones* v. *Illinois*, 464 U. S. 920, 920–921 (1983). Because I continue to believe that our precedents preclude the imposition of this burden on a capital defendant, I dissent.

No. 87–1013. HORNE *v.* UNITED STATES, 485 U. S. 1020;

No. 87–6326. VEALE ET AL. *v.* EGGERT, 485 U. S. 978;

No. 87–6391. HUNZIKER ET AL. *v.* GERMAN-AMERICAN STATE BANK, 485 U. S. 1011;

No. 87–6485. BOLES *v.* ELLIS ET AL., 485 U. S. 1001;

No. 87–6515. CONLEY *v.* ESTATE OF CONLEY, 485 U. S. 1012; and

No. 87–6541. ALSTON *v.* MARINE MIDLAND BANK, N. A., 485 U. S. 1013. Petitions for rehearing denied.

JUNE 9, 1988

No. A–896. MORISON *v.* UNITED STATES. Application for continued release from detention, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant the application.

No. A–906. SECRETARY OF COMMERCE ET AL. *v.* KOKECHIK FISHERMEN'S ASSN. ET AL.; and

No. A–907. FEDERATION OF JAPANESE SALMON FISHERIES COOPERATIVE ASSN. *v.* KOKECHIK FISHERMEN'S ASSN. ET AL. Applications for stay of mandate of the United States Court of Appeals for the District of Columbia Circuit and for stay of preliminary injunction of the United States District Court for the District of Columbia, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JUNE 13, 1988

No. 87–1080. MARYLAND NATIONAL BANK *v.* MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION. Appeal